08CV1608
JUDGE HOLDERMAN
MAGISTRATE JUDGE BROWN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) Michael C. Millhuff
6301 Victoria Dr.
Oak Forest, IL 60452
708-687-8382

Case No.

V.

FILED
Mar 19, 2008
MAR 1 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Defendant(s) Superior Ambulance, Inc

Complaint

1) On May 2001, I was hired as a Firefighter/Paramedic by Superior Ambulance Service, Inc

2) In May 2004 my employer, Superior Ambulance Service, Inc found out I have Post Traumatic Stress Disorder

3) I was able to perform my duties as a Firefighter/Paramedic at Superior Ambulance Service, Inc., with my Post Traumatic Stress Disorder.

4) On January 27, 2007, I was terminated as a Firefighter/Paramedic for Superior Ambulance Service, Inc. because I have Post traumatic Stress Disorder, In violation of Title VII of Americans with Disabilities Act of 1990

Michael Millhuff