APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Michael C. Millhuff
(Please print)

STREET ADDRESS: 6301 Victoria Drive

CITY/STATE/ZIP: Oak Forest, IL 60452

PHONE NUMBER: 708-687-8382

CASE NUMBER: 08CV1608
JUDGE HOLDERMAN
MAGISTRATE JUDGE BROWN

Signature

Date: 3/19/07

FILED
MAR 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT